ORDERED.

Dated: April 13, 2022

_____
Lori V. Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:21-bk-03216

In re:

ROCHELLE HOLDINGS XIII, LLC          CHAPTER 11

    Debtor.
_____/

**ORDER APPROVING APPLICATION FOR COMPENSATION
& AUCTIONEER'S AFFIDAVIT (DOC NO. 164)**

THIS CAUSE having come on for consideration, without a hearing on the, on Ewald Auctions, Inc.'s Application for Compensation & Auctioneer's Affidavit (Doc. No. 164), and the Court having considered the Application and the representations of Robert H. Ewald of Ewald Auctions, Inc., and noting that no objections have been filed, the Court finds that it is in the best interest of the Debtor's bankruptcy estate to approve the Application as set forth below. Accordingly, it is hereby

    ORDERED:

1. The Application for Compensation & Auctioneer's Affidavit (Doc. No. 164) is approved.

2. The compensation for Ewald Auctions, Inc. is hereby set at $465,000.

3. This compensation is the total compensation for the services in this case.

4. The Debtor is authorized and directed to pay this compensation at the closing of the sale of the property by Rochelle Holdings XIII, LLC.

Attorney Lawrence M. Kosto, Esq. is directed to serve a copy of this order on all interested parties and file a proof of service within three (3) days of entry of the order.