ORDERED.

**Dated:  April 14, 2022**

Lori V. Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Rochelle Holdings XIII, LLC                    Case No.: 6:21-bk-03216-LVV
                                               Chapter 11

_____/

## AGREED ORDER MODIFYING CONFIRMED PLAN, SALE ORDER, AND PURCHASE AGREEMENT TO EXTEND CLOSING DATE TO NO LATER THAN JUNE 15, 2022

THIS CASE came before the Court for consideration of this *Agreed Order Modifying Confirmed Plan, Sale Order, and Purchase Agreement to Extend Closing Date to No Later Than June 15, 2022*, submitted by Kelly Park VB Development, LLC ("Kelly Park"), the purchaser of the Debtor's real property pursuant to this Court's *Order Granting Debtor's Motion for Order Cancelling Auction and Approving Sale of Real Property to Kelly Park VB Development, LLC* (Doc. No. 161) (the "Sale Order"). By submission of this order for entry, Kelly Park's counsel has represented to the Court that all parties in interest have consented to the entry of this Agreed Order, and all necessary parties in interest have signed this Agreed Order and agreed to its entry pursuant

to Local Rule 9072-1(d)(4) without the necessity for any prior motion being filed. Accordingly, based on the agreement of the parties to the entry of this Agreed Order, the Court makes the following findings of fact and conclusions of law:

**WHEREAS**, pursuant to the Sale Order and the Purchase Agreement (attached as Exhibit A to the Sale Order) (the "Purchase Agreement"), Kelly Park has agreed to purchase the Property, as defined in the Purchase Agreement, by no later than April 15, 2022 (the "Closing Date");

**WHEREAS**, Kelly Park has obtained the agreement of all parties in interest to modify the Closing Date for the sale of the Property from April 15, 2022 to no later than June 15, 2022;

**WHEREAS**, the Debtor is the owner of the Property;

**WHEREAS**, pursuant to ¶ 6 of the Sale Order and pursuant to ¶ 4 of an order dated March 10, 2022 (Doc. No., 166) (the "Confirmation Order") confirming the Debtor's Third Amended Chapter 11 Plan, the Closing Date may not be modified without the written consent of the holders, Richard J. Risser, as Trustee of the Richard J. Risser Trust Dated September 13, 2007 and Shirley R. Risser, as Trustee of the Shirley R. Risser Trust Dated September 13, 2007 (the "Rissers") of First Priority Secured Claim 3-1 (the "Rissers' Claim 3-1");

**WHEREAS**, pursuant to both the Sale Order and the Confirmation Order, in the event that Kelly Park fails to close on the purchase of the Property by April 15, 2022, it will forfeit its deposit and the Property will be conveyed to the Rissers;

**WHEREAS**, since the entry of the Sale Order and the Confirmation Order, Kelly Park has purchased the Rissers' Claim 3-1 and has recorded the transfer of said claim on the Claims Register of this Court pursuant to Fed. R. Bankr. P. 3001(e);

**WHEREAS**, Kelly Park has also entered into a contract to purchase certain unrelated parcels of land from the Rissers;

**WHEREAS**, with respect to Nicholson Investments, LLC ("Nicholson Investments"), the holder of Claim 2-1, Kelly Park proposed that Nicholson Investments be paid $4,000,000 (the "Nicholson Payment") by April 15, 2022 from the deposit (the "Deposit") held by Debtor's counsel, Kosto & Rotella, P.A. ("Kosto & Rotella");

**WHEREAS**, J & R Hewitt Investments Limited Partnership ("Hewitt") (holder of Claim 4-1), HMG Venture Partners, LLC ("HMG") (holder of Claim 5-1), and PM S-1 REO, LLC ("PMS" and collectively with HMG, "HMG/PMS") (holder of Claim 6-1),1 the Rissers and the Debtor have consented to the Nicholson Payment being made by April 15, 2022;

**WHEREAS**, once the payment is made, Nicholson Investment's claim will be correspondingly reduced and it will only accrue interest on the remaining balance;

**WHEREAS**, Kelly Park also proposes that the remaining administrative expenses of Kosto & Rotella, as approved by this Court, be paid from the Deposit and $240,000 of Ewald Auctions' fee be paid from the Deposit;

**WHEREAS**, Kelly Park has agreed to make a partial payment towards the amounts due to Hewitt under Section 3.03 of the Fourth Amended Chapter 11 Plan ("Plan") (Doc. No. 115), as supplemented by the Confirmation Order (Doc. No. 166), in the amount of $101,250. Upon entry of this Order, this partial payment to Hewitt will be paid from the Deposit;

**WHEREAS**, in order to compensate the Debtor and each of the other creditors and to ensure their consent, Kelly Park has agreed that the amounts due and owing to Hewitt and HMG/PMS under Section 3.03 and 3.04 of the Plan shall accrue interest at the rate of 10% per annum beginning on April 15, 2022 until the earlier of the extended Closing Date or June 15, 2022;

---

1 Hewitt, HMG and PMS shall collectively be referred to herein as the "Equity Creditors."

**WHEREAS**, Kelly Park has also agreed that the $1,800,000 due and owing to Project Orlando under section 3(d) of the Settlement and Release Agreement dated February 22, 2022 ("Settlement Agreement") and Purchase and Sale Agreement dated February 22, 2022, shall accrue interest at the rate of 10% per annum beginning on April 15, 2022, until the earlier of the extended Closing Date or June 15, 2022. The Plan and Settlement Agreement which were incorporated into the Plan is hereby modified to include this modification;

**WHEREAS**, subject to PMS receiving the Buyer Prepayment in accordance with the terms of Purchase and Sale Agreement dated February 22, 2022, as amended, Hewitt, HMG/PMS, the Debtor and Palmer have agreed that the Settlement Agreement will become effective on April 15, 2022, as to HMG/PMS, the Debtor and Palmer, even though HMG/PMS's claims will not have been paid in full on April 15, 2022, as originally required by section 3(e) of the Settlement Agreement;

**WHEREAS**, in order to avoid any potential inequity, and at the request of Hewitt, the holder of Claim 4-1, Kelly Park as new owner of Rissers' Claim 3-1 hereby relinquishes and waives any rights it has under the Plan or Confirmation Order to receive a deed to the Property if Kelly Park fails to close;

**WHEREAS**, Ewald Auctions ("Ewald") has agreed to be paid $240,000 from the Deposit before April 15, 2022 with its remaining fee and his costs of $225,000, due at closing without interest;

**WHEREAS**, Kelly Park will increase the Deposit so as to be sufficient to pay the remaining fees due to Kosto & Rotella, the fees to be due to the United States Trustee, and prepaid interest at 15% per annum on the amount due to the Debtor ($7,750,000). The prepaid interest is

0894184\197433\11909502v2

$191,095.80. If the Closing occurs before June 15, 2022, any of this prepaid interest which has not yet accrued shall be credited to the amount due to the Debtor under the Plan;

**WHEREAS**, Kelly Park shall indemnify the Debtor and its principals from any claim against them by Freeport Rapids Partners, GP ("Freeport") or any of its partners, successors or assigns concerning any foreclosure by Kelly Park or its designee of the 2.2 acre parcel that Freeport purchased from the Debtor. If any claim is asserted against the Debtor or any of its principals concerning such a foreclosure, Kelly Park shall assume the defense of any such action, control the settlement of any such action, and pay any judgment or settlement concerning said foreclosure. In return for the provisions set forth in this Motion, the Debtor has consented to the granting of this Motion;

**WHEREAS**, the Debtor and the Rissers, Nicholson Investments, the Equity Creditors and the administrative claimants have all consented to entry of this Order;

Accordingly, it is

**ORDERED:**

1.     The Closing Date in the Plan, the Sale Order, the Purchase Agreement, and the Confirmation Order is hereby modified and amended to be the earlier of (i) June 15, 2022, or (ii) five (5) business days after Kelly Park receives final approval in writing from its lender for a definitive closing date of the financing of Kelly Park's acquisition of the Property. In addition, with respect to the Purchase Agreement, within five (5) business days after the date of this Agreed Order, Debtor shall deliver to Kelly Park an updated/revised Title Commitment bringing forward the effective date of the Title Commitment and naming Kelly Park as the Proposed Insured and stating the Purchase Price (as defined in the Purchase Agreement) as the Proposed Policy Amount.

0894184\197433\11909502v2

2.    The Debtor is ordered to pay Nicholson Investments, LLC $4,000,000 by April 15, 2022 from the deposit held by Debtor's counsel, Kosto & Rotella, P.A.    Upon the payment, Nicholson Investments' claim shall be correspondingly reduced, and the amount remaining to be paid (including all accrued interest and attorneys' fees, as set forth in the Plan and Confirmation Order) shall accrue interest at the rate of 18% per annum until paid in full.

3.    The Debtor is ordered to pay Ewald Auctions $240,000 from the Deposit towards its fee, with the remaining amount of its claim of $465,000, namely $225,000, being paid at closing, which shall occur on or before June 15, 2022, and without interest.

4.    The Debtor is ordered to pay the court-approved fees of Kosto & Rotella, P.A. from the Deposit.

5.    Upon entry of this Order, Debtor is authorized and directed to pay Hewitt the sum of $101,250 from the Deposit, to be applied towards Hewitt's Allowed Claim of $675,000. The remaining balance of $573,750 due Hewitt shall accrue interest at ten percent (10%) per annum, commencing April 15, 2022, and shall be paid at closing, with interest of $157.19 per diem, which closing shall occur on or before June 15, 2022.

6.    Section 3.04 of the Plan is hereby amended to provided that the $675,000 due and owing to HMG/PMS shall accrue interest at the rate of ten percent (10%) per annum commencing on April 15, 2022, until the earlier of the date of the extended Closing occurs or June 15, 2022. HMG/PMS's claim, with all accrued interest, shall be paid in full at the Closing, as extended by this Order.

7.    Kelly Park is ordered to pay an additional deposit of  Five Hundred Forty-Eight Thousand and One Dollars and Ninety Cents ($548,001.90), within three (3) days of entry of this Order, so as to fully fund the remaining fees of Ewald Auctions and the expected fees of the United

6

States Trustee and prepaid interest to the Debtor of $191,095.80, for which the Debtor, except where noted to be held until closing, or until said fee becomes due; i.e. US Trustee's Fees, the Debtor is hereby authorized to pay the following sums:

$191,095.80 to Rochelle Holdings XIII, LLC, as pre-paid interest;
$240,000 to Ewald;
$4,000,000 to Nicholson;
$250,000 US Trustee's Fee (to remain in Escrow until approximately 07/20/22)
$80,000 to K & R
$101,250.00 to Hewitt
$5,497,345.80  Total

8. With respect to HMG/PMS, the Debtor and Palmer, paragraph 3 of the Settlement Agreement is hereby amended to delete all Conditions to the Effectiveness of Release (as defined in the Settlement Agreement) as to those parties, and therefore the Settlement Agreement shall become effective upon entry of this Order as to HMG/PMS, the Debtor and Palmer.  Accordingly, the Settlement Agreement as between HMG/PMS, the Debtor, and Palmer is in full force and effect as to HMG/PMS, the Debtor and Palmer and the parties are directed to comply with the agreements terms and conditions.  In complying with the Settlement Agreement's terms and conditions, HMG/PMS shall be required to comply with paragraph 6 of the Settlement Agreement and dismiss any state court litigation against James Palmer, Connie Palmer or Ron Palmer, in the manner and timeframe provided for in paragraph 6 of the Settlement Agreement.

9. The Settlement Agreement is further modified to provide that the $1,800,000 due to Project Orlando under section 3(d) shall accrue interest at the rate of ten percent (10%) per annum commencing on April 15, 2022, until the earlier of the date the extended Closing occurs or June 15, 2022.  Kelly Park shall be pay the $1,800,000 to Project Orlando, plus all accrued interest, at the Closing, as extended by this Order.

7

10.     The treatment under Class 1 of the Plan is modified such that Kelly Park, as the transferee/assignee of the Risser First Mortgage, and its assigns, shall not have the right to receive the Property if it fails to close on the sale. The treatment under Class 1 is further modified such that the Debtor is not directed to deliver a Deed to Kelly Park, or its assigns, in the event Kelly Park fails to close. In the event Kelly Park fails to close, the Debtor and parties-in-interest may request a modification of the Plan and Confirmation Order, including a request to establish bidding procedures for the Property. Kelly Park and its assigns shall not oppose such request.

11.     The provisions of the Plan, Confirmation Order, and Sale Order are hereby modified and amended to reflect the terms of this Agreed Order. Except as set forth in this Order, the provisions of the Plan, Confirmation Order, and Sale Order remain in full force and effect.

**(SIGNATURE PAGES TO FOLLOW)**

0894184\197433\11909502v2

**AGREED:**

_____     4/8/2022
Lawrence M. Kosto, Esq.,                          Date
Counsel to Rochelle Holdings XIII, LLC


_____     _____
Esther McKean, Esq.,                              Date
Counsel to the Rissers


_____     _____
Christopher R. Thompson, Esq.,                    Date
Counsel to The Nicholson 2022 Charitable Remainder Unitrust
As assignee of Nicholson Investments, LLC


_____     _____
Ryan E. Davis, Esq.,                              Date
Counsel to J & R Hewitt Investments Limited Partnership


_____     _____
Patrick M. Mosley, Esq.,                          Date
Counsel to HMG Venture Partner, LLC
Counsel to PM S-1 REO LLC

_____     4/8/2022
Lawrence M. Kosto, Esq.                           Date
Kosto & Rotella, P.A.


_____     _____
Ewald Auctions                                    Date
By:
Its:


_____     _____
Jeffrey Hellman, Esq.                             Date
Counsel to Kelly Park VB Development, LLC

9

**AGREED:**

_____          _____
Lawrence M. Kosto, Esq.,                                              Date
Counsel to Rochelle Holdings XIII, LLC

_____          _____
Esther McKean, Esq.,                                                 4/8/22
Counsel to the Rissers                                               Date

_____          _____
Christopher R. Thompson, Esq.,                                       Date
Counsel to The Nicholson 2022 Charitable Remainder Unitrust
As assignee of Nicholson Investments, LLC

_____          _____
Ryan E. Davis, Esq.,                                                 Date
Counsel to J & R Hewitt Investments Limited Partnership

_____          _____
Patrick M. Mosley, Esq.,                                             Date
Counsel to HMG Venture Partner, LLC
Counsel to PM S-1 REO LLC

_____          _____
Lawrence M. Kosto, Esq.                                              Date
Kosto & Rotella, P.A.

_____          _____
Ewald Auctions                                                       Date
By:
Its:

_____          _____
Jeffrey Hellman, Esq.                                                Date
Counsel to Kelly Park VB Development, LLC

9

**AGREED**:

_____    _____
Lawrence M. Kosto, Esq.,                          Date
Counsel to Rochelle Holdings XIII, LLC


_____    _____
Esther McKean, Esq.,                                   Date
Counsel to the Rissers

_____    $\frac{4}{8}/2022$
Christopher R. Thompson, Esq.,                Date
Counsel to The Nicholson 2022 Charitable Remainder Unitrust
As assignee of Nicholson Investments, LLC


_____    _____
Ryan E. Davis, Esq.,                                    Date
Counsel to J & R Hewitt Investments Limited Partnership


_____    _____
Patrick M. Mosley, Esq.,                             Date
Counsel to HMG Venture Partner, LLC
Counsel to PM S-1 REO LLC


_____    _____
Lawrence M. Kosto, Esq.                          Date
Kosto & Rotella, P.A.


_____    _____
Ewald Auctions                                          Date
By:
Its:


_____    _____
Jeffrey Hellman, Esq.                                 Date
Counsel to Kelly Park VB Development, LLC

9

**AGREED:**

_____          _____
Lawrence M. Kosto, Esq.,                                        Date
Counsel to Rochelle Holdings XIII, LLC


_____          _____
Esther McKean, Esq.,                                               Date
Counsel to the Rissers


_____          _____
Christopher R. Thompson, Esq.,                            Date
Counsel to The Nicholson 2022 Charitable Remainder Unitrust
As assignee of Nicholson Investments, LLC

_____          _____
Ryan E. Davis, Esq.,                                     Date  4/8/22
Counsel to J & R Hewitt Investments Limited Partnership


_____          _____
Patrick M. Mosley, Esq.,                                       Date
Counsel to HMG Venture Partner, LLC
Counsel to PM S-1 REO LLC


_____          _____
Lawrence M. Kosto, Esq.                                      Date
Kosto & Rotella, P.A.


_____          _____
Ewald Auctions                                                      Date
By:
Its:

_____          _____
Jeffrey Hellman, Esq.                                             Date
Counsel to Kelly Park VB Development, LLC

9

**AGREED**:

_____          _____
Lawrence M. Kosto, Esq.,                              Date
Counsel to Rochelle Holdings XIII, LLC


_____          _____
Esther McKean, Esq.,                                    Date
Counsel to the Rissers


_____          _____
Christopher R. Thompson, Esq.,                    Date
Counsel to The Nicholson 2022 Charitable Remainder Unitrust
As assignee of Nicholson Investments, LLC


_____          _____
Ryan E. Davis, Esq.,                                      Date
Counsel to J & R Hewitt Investments Limited Partnership

_____          _____
Patrick M. Mosley, Esq.,                        04/08/22
Counsel to HMG Venture Partner, LLC       Date
Counsel to PM S-1 REO LLC


_____          _____
Lawrence M. Kosto, Esq.                               Date
Kosto & Rotella, P.A.


_____          _____
Ewald Auctions                                            Date
By:
Its:


_____          _____
Jeffrey Hellman, Esq.                                    Date
Counsel to Kelly Park VB Development, LLC

9

**AGREED**:

_____          _____
Lawrence M. Kosto, Esq.,                                              Date
Counsel to Rochelle Holdings XIII, LLC


_____          _____
Esther McKean, Esq.,                                                 Date
Counsel to the Rissers


_____          _____
Christopher R. Thompson, Esq.,                                       Date
Counsel to The Nicholson 2022 Charitable Remainder Unitrust
As assignee of Nicholson Investments, LLC


_____          _____
Ryan E. Davis, Esq.,                                                 Date
Counsel to J & R Hewitt Investments Limited Partnership


_____          _____
Patrick M. Mosley, Esq.,                                             Date
Counsel to HMG Venture Partner, LLC
Counsel to PM S-1 REO LLC


_____          _____
Lawrence M. Kosto, Esq.                                              Date
Kosto & Rotella, P.A.


_____          _____
Ewald Auctions                                                       Date
By: ROBERT H. EWALD
Its: PRESIDENT


_____          _____
Jeffrey Hellman, Esq.                                                Date
Counsel to Kelly Park VB Development, LLC

9

**AGREED**:

_____          _____
Lawrence M. Kosto, Esq.,                                    Date
Counsel to Rochelle Holdings XIII, LLC


_____          _____
Esther McKean, Esq.,                                          Date
Counsel to the Rissers


_____          _____
Christopher R. Thompson, Esq.,                        Date
Counsel to The Nicholson 2022 Charitable Remainder Unitrust
As assignee of Nicholson Investments, LLC


_____          _____
Ryan E. Davis, Esq.,                                           Date
Counsel to J & R Hewitt Investments Limited Partnership


_____          _____
Patrick M. Mosley, Esq.,                                     Date
Counsel to HMG Venture Partner, LLC
Counsel to PM S-1 REO LLC


_____          _____
Lawrence M. Kosto, Esq.                                   Date
Kosto & Rotella, P.A.


_____          _____
Ewald Auctions                                                 Date
By:
Its:

_____          _____
Jeffrey Hellman, Esq.                                          Date
Counsel to Kelly Park VB Development, LLC

9

0894184\197433\11909502v2

*Attorney Michael S. Provenzale is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and to file a proof of service within three days of entry of this Order.*

10