ORDERED.

**Dated:  May 02, 2022**

_____

Lori V. Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re ) | |
| ) | |
| Rochelle Holdings XIII, LLC ) | Case No. 6:21-bk-03216-LVV |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |

**ORDER APPROVING INITIAL FEE APPLICATION,
SUPPLEMENTAL FEE APPLICATION, AND FINAL FEE APPLICATION
FOR ATTORNEY'S FEES AND EXPENSES BY ATTORNEY FOR DEBTOR-IN-
POSSESSION AS A CHAPTER 11 ADMINISTRATIVE PRIORITY EXPENSE OF PLAN**

THIS CAUSE came on for consideration on the Initial Fee Application (Doc. No. 44),[1]

the Supplemental Fee Application (Doc. No. 107),[2] and the Final Fee Application (Doc. No.

165)[3] for attorney's fees and expenses filed by Debtor's counsel, Lawrence M. Kosto

(collectively, the "Applications").  Having considered the Applications, the representations of

---

[1] The Initial Fee Application is titled *Initial and Interim Fee Application for Attorney's Fee and Expenses by Attorney for Debtor-in-Possession as a Chapter 11 Administrative Priority Expense* (Doc. No. 44).  The Initial Fee Application came on for hearing on September 29, 2021; December 15, 2021; January 4, 2022; February 3, 2022; February 14, 2022; and February 23, 2022.
[2] The Supplemental Fee Application is titled *Supplemental Fee Application for Attorney's Fees and Expenses by Attorney for Debtor-in-Possession as a Chapter 11 Administrative Priority Expense* (Doc. No. 107).  The Supplemental Fee Application came on for hearing on December 15, 2021; January 4, 2022; February 3, 2022; February 14, 2022; and February 23, 2022.
[3] The Final Fee Application is titled *Final Fee Application for Attorney's Fees and Expenses by Attorney for Debtor-in-Possession as a Chapter 11 Administrative Priority Expense* (Doc. No. 165).  At the February 23, 2022 hearing, the Court directed Debtor's counsel to file the Final Fee Application on negative notice.  Counsel did so.  No objections to the Final Fee Application were filed.

Debtor's counsel, and noting that no party has objected to the fees or expenses sought in the Applications, the Court finds that it is appropriate to approve the Applications.  Accordingly, it is

**ORDERED**:

1.    The Initial Fee Application (Doc. No. 44), the Supplemental Fee Application (Doc. No. 107), and the Final Fee Application (Doc No. 165) are **APPROVED** as provided herein.

2.    A reasonable fee for the services rendered by Lawrence M. Kosto, on behalf of Kosto & Rotella, P.A as specified in the Applications is hereby determined to be $104,720.00.[4]

3.    A reasonable amount for actual expenses incurred by Lawrence M. Kosto, on behalf of Kosto & Rotella, P.A as specified in the Applications is hereby determined to be $4,428.02.[5]

4.    Lawrence M. Kosto, on behalf of Kosto & Rotella, P.A may apply his advance retainer of $30,000 against this award.

5.    The Debtor is authorized and directed to pay the remaining unpaid balance of $79,148.02 at the closing of the sale of the real property by Rochelle Holdings XIII, LLC.

6.    This award of compensation and reimbursement of expenses for the entire case as referenced above is made on a final basis pursuant to 11 U.S.C. § 330.

Lawrence M. Kosto is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.

---

[4] This amount is comprised of the amounts sought for services rendered by Debtor's counsel in the Initial Fee Application ($23,720), the Supplemental Fee Application ($33,080), and the Final Fee Application ($47,920).
[5] This amount is comprised of the expenses sought by Debtor's counsel in the Initial Fee Application ($1,988.23), the Supplemental Fee Application ($1,795.01), and the Final Fee Application ($644.78).