## ACCOUNT SUMMARY

**5/3 Business Standard Checking**               $191,091.30
x6402                                              Available

More Details

Transfer    Pay a Bill    Order Checks              Services ⌄

| Recent Activity | **View by Statement** |
|---|---|
| 1 Prior: 05/01/2022 - 05/31/2022 ▼ | 🔍 Filter by keyword |

**MAY 11**                                       $191,091.30

Service Charge                                       -$15.50